UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON WINKLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUILON CALIFORNIA PIPELINE CO., LLC;<br>EQUILON PIPELINE COMPANY, LLC;<br>SHELL CALIFORNIA PIPELINE CO.; SHELL<br>PIPELINE COMPANY, L.P. and DOES 1<br>through 100, Inclusive,<br><br>    Defendants. | Case No.  03-0018 WJR (JWJx)<br><br>**[PROPOSED] ORDER TAKING MOTION FOR SUMMARY JUDGMENT OFF CALENDAR** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN:

IT IS ORDERED:

The hearing on Defendant's Motion for Summary Judgment now set for January 5, 2004 is off calendar.

**DATED:**

_____
DISTRICT JUDGE

DENIED
BY ORDER OF
WILLIAM J. REA
UNITED STATES DISTRICT JUDGE
1-5-04

1

[PROPOSED] ORDER TAKING MOTION FOR SUMMARY JUDGMENT OFF CALENDAR

Case 2:03-cv-00018-WJR-JWJ   Document 30   Filed 01/05/04   Page 2 of 2   Page ID #:14

<div style="text-align:center">PROOF OF SERVICE</div>

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF LOS ANGELES         )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16255 Ventura Boulevard, Suite 1250 Penthouse, Encino, California 91436.

      On **December 23, 2003**, I served the foregoing document described as: **[PROPOSED] ORDER TAKING MOTION FOR SUMMARY JUDGMENT OFF CALENDAR** on the interested party or parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John L. Barber, Esq.
Jessica A. Fortner, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

VIA FAX TRANSMISSION (213) 250-7900

      I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

      I declare under penalty of perjury the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on **December 23, 2003** at Encino, California.

_____
**MARIA GIUFFRE**